## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

FIREBIRD STRUCTURES, LLC, a New
Mexico Limited Liability Company,

     Plaintiff,

vs.                                                                  No. CIV 17-0397 JB/LF

UNITED BROTHERHOOD OF
CARPENTERS AND JOINERS OF AMERICA
LOCAL UNION No. 1505,

     Defendant.

## **FINAL JUDGMENT**

     **THIS MATTER** comes before the Court on the Order Granting Stipulated Motion Allowing

Plaintiff, Firebird Structures, LLC to Withdraw Its Claims under Fed. R. Civ. Pro. 41, filed August

25, 2017 (Doc. 29)("Firebird Dismissal").  In the Firebird Dismissal, the Court granted the parties'

Stipulated Motion Allowing Plaintiff, Firebird Structures, LLC to Withdraw Its Claims Under Fed.

R. Civ. Pro. 41, filed August 16, 2017 (Doc. 28), and dismissed without prejudice all claims against

Defendant United Brotherhood of Carpenters and Joiners of America Local Union No. 1505.  See

Firebird Dismissal at 1.  Having disposed of all issues, claims, and parties before the Court, the

Court now enters Final Judgment and dismisses this case.

     **IT IS ORDERED** that: (i) Final Judgment is entered; and (ii) this case is dismissed without

prejudice.

                            _____
                            UNITED STATES DISTRICT JUDGE

*Counsel:*

Keith C. Mier
Benjamin E Thomas
Sutin, Thayer & Browne, P.C.
Albuquerque, New Mexico

       *Attorneys for the Plaintiff*

Shane C. Youtz
Stephen Curtice
James A. Montalbano
Youtz & Valdez, P.C.
Albuquerque, New Mexico

-- and --

Daniel M. Shanley
Yuliya Miroyan
DeCarlo & Shanley, P.C.
Los Angeles, California

       *Attorneys for the Defendant*